■ GIHON, LLC, Respondent, v 501 SECOND STREET, LLC, Appellant. [815 NYS2d 178]—In an action, inter alia, for a judgment declaring the parties' rights and obligations under a commercial lease, the defendant appeals from a money judgment of the Supreme Court, Kings County (Knipel, J.), dated June 29, 2004, which is in favor of the plaintiff and against it in the principal sum of $16,200.

■ GIHON, LLC, Respondent, v 501 SECOND STREET, LLC, et al., Appellants. [814 NYS2d 877]—In an action, inter alia, to void a fraudulent conveyance under Debtor and Creditor Law §§ 273, 273-a, 274, 276, 276-a, and 277, and to recover damages for conversion, money had and received, and breach of contract, the defendants appeal from an order of the Supreme Court, Kings County (Knipel J.), dated December 2, 2004, which denied their motion, inter alia, to dismiss the complaint for failure to state a cause of action.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the defendants' motion,

inter alia, to dismiss the complaint for failure to state a cause of action. The allegations of the complaint sufficiently set forth causes of action under Debtor and Creditor Law §§ 273, 273-a, 274, 276, 276-a, and 277 (*see Marchionni v Drexler*, 22 AD3d 814 [2005]; *Leon v Martinez*, 84 NY2d 83, 87-88 [1994]). Furthermore, the allegations of the complaint sufficiently set forth causes of action for conversion, money had and received, and breach of contract (*see Marchionni v Drexler, supra; Leon v Martinez, supra* at 87-88).

The defendants' remaining contentions are without merit. Krausman, J.P., Luciano, Fisher and Dillon, JJ., concur.